UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL BUCHBUT<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>MICHAEL TESAR, et al.<br><br><br>　　　　Defendant(s). | CASE NO:<br>2:13−cv−03202−MMM−JEM<br><br><br>ORDER OF DISMISSAL FOR<br>LACK OF PROSECUTION<br>WITHOUT PREJUDICE<br>(Pursuant to Local Rule 41) |

On 07/29/2013, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than 08/05/2013.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above−entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: August 7, 2013

_*Margaret M. Morrow*_

_____
Margaret M. Morrow
United States District Judge